**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CRYSTAL Y. POOLE** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil Action No. 1:06cv712-HSO-JMR** |
| | § | |
| | § | |
| **COLONIAL LIFE & ACCIDENT** | § | |
| **INSURANCE COMPANY** | § | **DEFENDANT** |

## JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment filed by Defendant Colonial Life & Accident Insurance Company.  The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response, Defendant's Rebuttal, the pleadings on file and the relevant legal authorities, finds that in accord with its Order and Reasons entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56.  This Civil Action is hereby dismissed with prejudice, with each party to bear their respective costs.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 3rd day of December, 2007.


_s/ Halil Suleyman Ozerden_

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE